# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON MAGYAR,  )<br>                   )<br>       Plaintiff      )<br>                   )<br>   v.              )  **Case No.: 2:12-cv-3542-JD**<br>                   )<br>NCO FINANCIAL SYSTEMS, INC.,  )<br>                   )<br>       Defendants  )<br>                   ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: October 18, 2012

BY:/s/Craig Thor Kimmel
Craig Thor Kimmel, Esquire
KIMMEL & SILVERMAN, P.C
30 East Butler Avenue
Ambler, PA 19002
Phone: (215)540-8888
Facsimile (215)540-8817
Email: kimmel@creditlaw.com